UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| NAOMI DUBISSETTE | : | CIVIL NO. |
| Plaintiff | : | |
| v. | : | |
| COSTCO WHOLESALE CORPORATION, ET AL | : | |
| Defendants | : | NOVEMBER 13, 2020 |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §1336 and 28 U.S.C. §1446, defendants, Costco Wholesale Corporation, Costco Wholesale Membership, Inc., and Costco Health Solutions, Inc., hereby submit this notice of removal of the above lawsuit from the Superior Court of Connecticut for the Judicial District of Stamford/Norwalk at Stamford with a Return Date of December 8, 2020 to the United States District Court for the District of Connecticut.

The basis for such removal is diversity jurisdiction pursuant to 28 U.S.C. §1332 as the plaintiff is a citizen of Connecticut and the above defendants are corporations with a principal place of business in Issaquah, WA. Further, the remaining defendant, Jubilant Cadista Pharmaceuticals, Inc., is a Delaware Corporation with its principal place of business in Salisbury, MD.

The State Court Complaint does not specify the amount of alleged damages other than to allege that such damages exceed the jurisdictional minimum of the Superior Court of fifteen thousand dollars. However, while the defendants deny plaintiff's claims of injuries, plaintiff alleges permanent bodily injuries, the value of which may exceed $75,000.00. A copy of the Summons and Complaint served on the defendants is attached hereto as Exhibit "A".

The Summons and Complaint served on defendants, Costco Wholesale Corporation, Costco Wholesale Membership, Inc., and Costco Health Solutions, Inc., on October 22, 2020 with a Return Date of December 8, 2020, has, as of this date, not been returned to the Connecticut Superior Court. However, the defendants are required to remove this action within 30 days of the receipt of the Summons and Complaint and, therefore, the defendants hereby submit this notice of removal, but did not file a Notice of Removal in the Connecticut Superior Court. Said Notice will be filed as soon as plaintiff files the Summons and Complaint in State Court.

Pursuant to the Standing Order on removed cases, a Statement of Removed Case and a Notice of Pending Motions are being filed simultaneously herewith.

Finally, the defendants submit the attached Civil Cover Sheet is attached hereto as Exhibit "B".

        THE DEFENDANTS,
COSTCO WHOLESALE CORPORATION;
COSTCO WHOLESALE MEMBERSHIP, INC.;
COSTCO HEALTH SOLUTIONS, INC.
      /s/ Miles Esty
Miles Esty, Esq.
Esty & Buckmir, LLC
2340 Whitney Avenue
Hamden, CT 06518
Tel: (203) 248-5678
Fax: (203) 288-9974
E-Mail: mesty@estyandbuckmir.com
Fed Bar No. CT#: 08867

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| NAOMI DUBISSETTE | : | CIVIL NO. |
| Plaintiff | : | |
| v. | : | |
| COSTCO WHOLESALE CORPORATION, ET AL | : | |
| Defendants | : | NOVEMBER 13, 2020 |

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 13, 2020 a copy of the defendants' Notice of Removal was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

THE DEFENDANTS,
COSTCO WHOLESALE CORPORATION;
COSTCO WHOLESALE MEMBERSHIP, INC.;
COSTCO HEALTH SOLUTIONS, INC.

      /s/ Miles Esty
Miles Esty, Esq.
Esty & Buckmir, LLC
2340 Whitney Avenue
Hamden, CT 06518
Tel: (203) 248-5678
Fax: (203) 288-9974
E-Mail: mesty@estyandbuckmir.com
Fed Bar No. CT#: 08867