# EXHIBIT A

| | | |
|---|---|---|
| **SUMMONS - CIVIL**<br>JD-CV-1 Rev. 2-20<br>C.G.S. §§ 51-346, 51-347, 51-349, 51-350, 52-45a, 52-48, 52-259;<br>P.B. §§ 3-1 through 3-21, 8-1, 10-13 | For information on<br>ADA accommodations,<br>contact a court clerk or<br>go to: www.jud.ct.gov/ADA. | **STATE OF CONNECTICUT**<br>**SUPERIOR COURT**<br>*www.jud.ct.gov*  |

**Instructions are on page 2.**

☐ Select if amount, legal interest, or property in demand, not including interest and costs, is LESS than $2,500.

☒ Select if amount, legal interest, or property in demand, not including interest and costs, is $2,500 or MORE.

☐ Select if claiming other relief in addition to, or in place of, money or damages.

**TO: Any proper officer**
By authority of the State of Connecticut, you are hereby commanded to make due and legal service of this summons and attached complaint.

| Address of court clerk *(Number, street, town and zip code)*<br>**123 Hoyt Street, Stamford, CT 06905** | Telephone number of clerk<br>**( 203 ) 965 – 5308** | Return Date *(Must be a Tuesday)*<br>**12/08/2020** |
|---|---|---|
| ☒ Judicial District    G.A.<br>☐ Housing Session   ☐ Number: | At *(City/Town)*<br>**Stamford/Norwalk at Stamford** | Case type code *(See list on page 2)*<br>Major: **T**    Minor: **20** |

**For the plaintiff(s) enter the appearance of:**

| Name and address of attorney, law firm or plaintiff if self-represented *(Number, street, town and zip code)*<br>**Beck & Beck, LLC, 83 Booth Street, Stratford, CT 06614** | Juris number *(if attorney or law firm)*<br>**419115** |
|---|---|
| Telephone number<br>**( 203 ) 375 – 2222** | Signature of plaintiff *(if self-represented)* | |
| The attorney or law firm appearing for the plaintiff, or the plaintiff if self-represented, agrees to accept papers (service) electronically in this case under Section 10-13 of the Connecticut Practice Book.    ☒ Yes   ☐ No | E-mail address for delivery of papers under Section 10-13 of the Connecticut Practice Book *(if agreed)*<br>**beckandbeck@sbcglobal.net** |

| Parties | Name *(Last, First, Middle Initial)* and address of each party *(Number; street; P.O. Box; town; state; zip; country, if not USA)* | |
|---|---|---|
| **First plaintiff** | Name: **Dubissette, Naomi**<br>Address: **37 Maher Drive, Norwalk, CT 06850** | P-01 |
| **Additional plaintiff** | Name:<br>Address: | P-02 |
| **First defendant** | Name: **Costco Wholesale Corporation**<br>Address: **999 Lake Drive, Issaquah, WA 98027** | D-01 |
| **Additional defendant** | Name: **Costco Wholesale Membership, Inc.**<br>Address: **999 Lake Drive, Issaquah, WA 98027** | D-02 |
| **Additional defendant** | Name: **Costco Health Solutions, Inc.**<br>Address: **999 Lake Drive, Issaquah, WA 98027** | D-03 |
| **Additional defendant** | Name: **Jubilant Cadista Pharmaceuticals, Inc. a/k/a Jubilant Pharma Limited**<br>Address: **790 Township Line Road, Suite 175, Yardley, PA 19067** | D-04 |
| Total number of plaintiffs: **1** | Total number of defendants: **4**      ☐ Form JD-CV-2 attached for additional parties | |

### Notice to each defendant

1. **You are being sued.** This is a summons in a lawsuit. The complaint attached states the claims the plaintiff is making against you.
2. To receive further notices, you or your attorney must file an *Appearance* (form JD-CL-12) with the clerk at the address above. Generally, it must be filed on or before the second day after the Return Date. The Return Date is not a hearing date. You do not have to come to court on the Return Date unless you receive a separate notice telling you to appear.
3. If you or your attorney do not file an *Appearance* on time, a default judgment may be entered against you. You can get an *Appearance* form at the court address above, or on-line at https://jud.ct.gov/webforms/.
4. If you believe that you have insurance that may cover the claim being made against you in this lawsuit, you should immediately contact your insurance representative. Other actions you may take are described in the Connecticut Practice Book, which may be found in a superior court law library or on-line at https://www.jud.ct.gov/pb.htm.
5. If you have questions about the summons and complaint, you should talk to an attorney.
   **The court staff is not allowed to give advice on legal matters.**

| Date<br>**10/15/2020** | Signed *(Sign and select proper box)* | ☒ Commissioner of Superior Court<br>☐ Clerk | Name of person signing<br>**Kenneth A. Beck** |
|---|---|---|---|

If this summons is signed by a Clerk:
a. The signing has been done so that the plaintiff(s) will not be denied access to the courts.
b. It is the responsibility of the plaintiff(s) to ensure that service is made in the manner provided by law.
c. The court staff is not permitted to give any legal advice in connection with any lawsuit.
d. The Clerk signing this summons at the request of the plaintiff(s) is not responsible in any way for any errors or omissions in the summons, any allegations contained in the complaint, or the service of the summons or complaint.

ATTEST:
BRIAN D. MAHER
STATE MARSHAL
HARTFORD COUNTY

For Court Use Only
File Date

| I certify I have read and understand the above: | Signed *(Self-represented plaintiff)* | Date | Docket Number |
|---|---|---|---|

Print Form      Page 1 of 2      Reset Form

**Instructions**

1. Type or print legibly. If you are a self-represented party, this summons must be signed by a clerk of the court.
2. If there is more than one defendant, make a copy of the summons for each additional defendant. Each defendant must receive a copy of this summons. Each copy of the summons must show who signed the summons and when it was signed. If there are more than two plaintiffs or more than four defendants, complete the Civil Summons Continuation of Parties (form JD-CV-2) and attach it to the original and all copies of the summons.
3. Attach the summons to the complaint, and attach a copy of the summons to each copy of the complaint. Include a copy of the Civil Summons Continuation of Parties form, if applicable.
4. After service has been made by a proper officer, file the original papers and the officer's return of service with the clerk of the court.
5. Use this summons for the case type codes shown below.
   Do not use this summons for the following actions:
   (a) Family matters (for example divorce, child support, custody, paternity, and visitation matters)
   (b) Any actions or proceedings in which an attachment, garnishment or replevy is sought
   (c) Applications for change of name
   (d) Probate appeals
   (e) Administrative appeals
   (f) Proceedings pertaining to arbitration
   (g) Summary Process (Eviction) actions
   (h) Entry and Detainer proceedings
   (i) Housing Code Enforcement actions

**Case Type Codes**

| MAJOR DESCRIPTION | CODE Major/Minor | MINOR DESCRIPTION | MAJOR DESCRIPTION | CODE Major/Minor | MINOR DESCRIPTION |
|---|---|---|---|---|---|
| Contracts | C 00 | Construction - All other | Property | P 00 | Foreclosure |
| | C 10 | Construction - State and Local | | P 10 | Partition |
| | C 20 | Insurance Policy | | P 20 | Quiet Title/Discharge of Mortgage or Lien |
| | C 30 | Specific Performance | | P 30 | Asset Forfeiture |
| | C 40 | Collections | | P 90 | All other |
| | C 50 | Uninsured/Underinsured Motorist Coverage | | | |
| | C 60 | Uniform Limited Liability Company Act – C.G.S. 34-243 | Torts (Other than Vehicular) | T 02 | Defective Premises - Private - Snow or Ice |
| | C 90 | All other | | T 03 | Defective Premises - Private - Other |
| Eminent Domain | E 00 | State Highway Condemnation | | T 11 | Defective Premises - Public - Snow or Ice |
| | E 10 | Redevelopment Condemnation | | T 12 | Defective Premises - Public - Other |
| | E 20 | Other State or Municipal Agencies | | T 20 | Products Liability - Other than Vehicular |
| | E 30 | Public Utilities & Gas Transmission Companies | | T 28 | Malpractice - Medical |
| | E 90 | All other | | T 29 | Malpractice - Legal |
| | | | | T 30 | Malpractice - All other |
| Housing | H 10 | Housing - Return of Security Deposit | | T 40 | Assault and Battery |
| | H 12 | Housing - Rent and/or Damages | | T 50 | Defamation |
| | H 40 | Housing - Housing - Audita Querela/Injunction | | T 61 | Animals - Dog |
| | H 50 | Housing - Administrative Appeal | | T 69 | Animals - Other |
| | H 60 | Housing - Municipal Enforcement | | T 70 | False Arrest |
| | H 90 | Housing - All Other | | T 71 | Fire Damage |
| | | | | T 90 | All other |
| Miscellaneous | M 00 | Injunction | | | |
| | M 10 | Receivership | Vehicular Torts | V 01 | Motor Vehicles* - Driver and/or Passenger(s) vs. Driver(s) |
| | M 15 | Receivership for Abandoned/Blighted Property | | V 04 | Motor Vehicles* - Pedestrian vs. Driver |
| | M 20 | Mandamus | | V 05 | Motor Vehicles* - Property Damage only |
| | M 30 | Habeas Corpus (extradition, release from Penal Institution) | | V 08 | Motor Vehicle* - Products Liability Including Warranty |
| | M 40 | Arbitration | | V 09 | Motor Vehicle* - All other |
| | M 50 | Declaratory Judgment | | V 10 | Boats |
| | M 63 | Bar Discipline | | V 20 | Airplanes |
| | M 66 | Department of Labor Unemployment Compensation Enforcement | | V 30 | Railroads |
| | | | | V 40 | Snowmobiles |
| | M 68 | Bar Discipline - Inactive Status | | V 90 | All other *Motor Vehicles include cars, trucks, motorcycles, and motor scooters. |
| | M 70 | Municipal Ordinance and Regulation Enforcement | | | |
| | M 80 | Foreign Civil Judgments - C.G.S. 52-604 & C.G.S. 50a-30 | | | |
| | M 83 | Small Claims Transfer to Regular Docket | Wills, Estates and Trusts | W 10 | Construction of Wills and Trusts |
| | M 84 | Foreign Protective Order | | W 90 | All other |
| | M 89 | CHRO Action in the Public Interest - P.A. 19-93 | | | |
| | M 90 | All other | | | |

| | | |
|---|---|---|
| RETURN DATE: DECEMBER 8, 2020 | : | SUPERIOR COURT |
| | : | |
| NAOMI DUBISSETTE, | : | |
|                 Plaintiff | : | JD OF STAMFORD/NORWALK |
| | : | AT STAMFORD |
| V. | : | |
| | : | |
| COSTCO WHOLESALE CORPORATION, | : | |
| COSTCO WHOLESALE MEMBERSHIP, INC.: | | |
| COSTCO HEALTH SOLUTIONS, INC., | : | |
| AND JUBILANT CADISTA | : | |
| PHARMACEUTICALS, INC., A/K/A | : | |
| JUBILANT PHARMA LIMITED, | : | |
|                 Defendants | : | OCTOBER 15, 2020 |

## COMPLAINT

### COUNT ONE

1. On or about November 2, 2018, Plaintiff Naomi Dubissette, (hereinafter "Plaintiff") filled a prescription for Prednisone 5 mg at the Costco Pharmacy located at 779 Connecticut Avenue, Norwalk, Connecticut. Unbeknown to Plaintiff, the pills contained in the bottle labeled "Prednisone 5mg" were actually Prednisone 1mg.

2. After taking the Prednisone 1 mg tablets contained in the bottle labeled 5mg for an extended period of time, the Plaintiff experienced severe Lupus flare ups which caused Plaintiff severe pain and the physical manifestations outlined below.

3. The Defendant, its agents, servants or employees were negligent in filling a 5mg prescription for Prednisone with 1mg pills, and mislabeling the bottle.

4. As direct and proximate result of the carelessness and negligence of the Defendant Costco Wholesale Corporation, Plaintiff was severely and permanently

injured and suffered the following injuries, some or all of which may be permanent in nature;

   a. Severe Lupus flare ups;

   b. Hair loss;

   c. Joint swelling;

   d. Lesions on face;

   e. Throat pain;

   f. Difficulty breathing;

   g. Permanent partial disabilities;

   h. Loss of the enjoyment of life; and

   i. Pain, suffering, shock, trauma and emotional distress.

5. As a further result of the ingestion of the wrong dosage of Prednisone, Plaintiff has incurred, and may continue to incur, expenses for medical care and treatment, prescription medication and the like, now and in the future.

6. As a further result of the Plaintiff's ingestion of the wrong dosage of Prednisone, the Plaintiff missed time from work and/or sustained a diminished earnings capacity.

7. Costco Wholesale Corporation is liable for Plaintiff's injuries and damages.

## COUNT TWO

1-7. Plaintiff repeats and re-alleges the allegations of Paragraphs 1 through 7 of Count One as Paragraphs 1 through 7 of Count Two.

8.     Pursuant to the Connecticut Product Liability Act CGS 52-572 et seq., Defendant Costco Wholesale Corp is liable for Plaintiff's injuries and damages as the seller of the product.

## COUNT THREE

1-8.     Plaintiff repeats and re-alleges the allegations of Paragraphs 1 through 8 of Count Two as Paragraphs 1 through 8 of Count Three.

9.     The Defendant Costco Wholesale Membership, Inc. is liable for Plaintiff's injuries and damages.

## COUNT FOUR

1-8.     Plaintiff repeats and re-alleges the allegations of Paragraphs 1 through 8 of Count Three as Paragraphs 1 through 8 of Count Four.

9.     The Defendant Costco Health Solutions, Inc. is liable for Plaintiff's injuries and damages.

## COUNT FIVE

1-8.     Plaintiff repeats and re-alleges the allegations of Paragraphs 1 through 8 of Count Four as Paragraphs 1 through 8 of Count Five.

9.     The Defendant Jubilant Cadista Pharmaceuticals, Inc., was the manufacturer and/or distributor of the Prednisone sold by Costco to Plaintiff.

10. As direct and proximate result of ingesting the wrong dosage of Prednisone, Plaintiff was severely and permanently injured and suffered the following injuries, some or all of which may be permanent in nature;

   a. Severe Lupus flare ups;

   b. Hair loss;

   c. Joint swelling;

   d. Lesions on face;

   e. Throat pain;

   f. Permanent partial disabilities;

   g. Loss of the enjoyment of life; and

   h. Pain, suffering, shock, trauma and emotional distress.

11. As a further result of the ingestion of the wrong dosage of Prednisone, Plaintiff has incurred, and may continue to incur, expenses for medical care and treatment, prescription medication and the like, now and in the future.

12. As a further result of the Plaintiff's ingestion of the wrong dosage of Prednisone, the Plaintiff missed time from work and/or sustained a diminished earnings capacity.

13. Jubilant Cadista Pharmaceuticals, Inc. is liable for Plaintiff's injuries and damages as the manufacturer and/or distributor pursuant to the Connecticut Product Liability act CGS 52-572 et seq.

WHEREFORE, the Plaintiff claims and demands:

1. Monetary damages;

2. Damages pursuant to CGS §52-572 et seq;

3. Costs; and

4. Such other further and different relief as this Court may deem just and equitable.

Hereof fail not but of this writ with your doings thereon make due service and return according to law.

Dated: Stratford, Connecticut
October 15, 2020

                                                  THE PLAINTIFF,
                                                  NAOMI DUBISSETTE

                                      BY _____
                                             Kenneth A. Beck, Esq.
                                             BECK & BECK, LLC
                                             83 Booth Street
                                             Stratford, CT 06614
                                             (203) 375-2222
                                             Juris No. 419115

ATTEST: _____
BRIAN R. WRIGHT
STATE MARSHAL
HARTFORD COUNTY

5

RETURN DATE: DECEMBER 8, 2020 : SUPERIOR COURT
:
NAOMI DUBISSETTE, :
               Plaintiff : JD OF STAMFORD/NORWALK
: AT STAMFORD
   VI. :
:
COSTCO WHOLESALE CORPORATION, :
COSTCO WHOLESALE MEMBERSHIP, INC.:
COSTCO HEALTH SOLUTIONS, INC., :
AND JUBILANT CADISTA :
PHARMACEUTICALS, INC., A/K/A :
JUBILANT PHARMA LIMITED, :
              Defendants : OCTOBER 15, 2020

## AMOUNT IN DEMAND

The amount, legal interest or property in demand is FIFTEEN THOUSAND ($15,000.00) DOLLARS and 00/100 or more, excusive of interest and costs.

                            THE PLAINTIFF,
                            NAOMI DUBISSETTE

BY _____
      Kenneth A. Beck, Esq.
      BECK & BECK, LLC
      83 Booth Street
      Stratford, CT 06614
      (203) 375-2222
      Juris No. 419115

ATTEST:
_____
BRIAN R. WRIGHT
STATE MARSHAL
HARTFORD COUNTY